IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE BAKER,

    Plaintiff,

    v.

FEDERAL EXPRESS CORPORATION,

    Defendant.
                                              /

No. C 10-05741 JSW

**ORDER DIRECTING COUNSEL TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED**

This matter was scheduled for an initial case management conference on Friday, March 25, 2011. By the Court's Order issued on January 5, 2011 (Docket No. 13), a Joint Case Management conference statement was due by March 18, 2011. The parties did not submit a Joint Case Management Statement, and Defendant represented that they were unable to do so, because Plaintiff failed to meet and confer with Defendant. (*See* Declaration of Craig Lindberg.)

The Court's January 5, 2011 Order also required that all parties appear through lead counsel at the Case Management Conference. Lead Counsel Waukeen McCoy did not appear on behalf of Plaintiff for the Case Management Conference.

//
//
//
//

Accordingly, Mr. McCoy is HEREBY ORDERED TO SHOW CAUSE why sanctions in the amount of $500.00 should not be imposed for his failure to comply with this Court's Orders. Mr. McCoy's response to this Order to Show Cause shall be due by April 4, 2011.

**IT IS SO ORDERED.**

Dated: March 25, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE