IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE BAKER,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

    Defendant.

No. C 10-05741 JSW

**ORDER IMPOSING SANCTIONS**

This matter was scheduled for an initial case management conference on Friday, March 25, 2011. By the Court's Order issued on January 5, 2011 (Docket No. 13), a Joint Case Management conference statement was due by March 18, 2011. The parties did not submit a Joint Case Management Statement, and Defendant represented that they were unable to do so, because Plaintiff failed to meet and confer with Defendant. (*See* Declaration of Craig Lindberg.)

The Court's January 5, 2011 Order also required that all parties appear through lead counsel at the Case Management Conference. Lead Counsel Waukeen McCoy did not appear on behalf of Plaintiff for the Case Management Conference. Accordingly, on March 25, 2011, this Court issued an Order to Show Cause directing Mr. McCoy to show cause why sanctions in the amount of $500.00 should not be imposed for his failure to comply with this Court's Orders.

On March 30, 2011, Mr. McCoy filed a timely response to the Order to Show Cause. However, having considered his response, the Court does not find that it demonstrates good cause for his failures to comply with this Court's Orders.

Accordingly, it is HEREBY ORDERED that Mr. McCoy shall pay $500.00 to the Clerk of the Court by no later than April 8, 2011. This sanction is imposed upon Mr. McCoy and shall not be passed on to his client in this case.

**IT IS SO ORDERED.**

Dated: April 1, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE