Craig E. Lindberg (Bar No. 150778)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4678
Facsimile: (949) 862-4605
E-mail: craig.lindberg@fedex.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BAKER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | Case No. C 10-05741 JSW<br><br>**JOINT STIPULATION TO CONTINUE THE MEDIATION COMPLETION DATE AND [PROPOSD] ORDER THEREON**<br><br>Complaint Filed: September 20, 2010<br>Trial Date: March 5, 2012 |

Defendant Federal Express Corporation and Plaintiff Jacqueline Baker submit the following Joint Stipulation to continue the mediation completion date

## FACTS

1. The last day to hold/complete mediation is July 28, 2011;

2. Although the parties attempted to schedule the mediation before that date, they were unable to do so;

3. The parties, working together with the mediator, have scheduled a mediation to be conducted on August 23, 2011;

4. As a result, the parties jointly request that the mediation completion date be continued for thirty (30) days so the parties can conduct the required mediation on August 23, 2011, as presently scheduled.

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

887412 (60-13138)

1

JOINT STIPULATION AND ORDER TO CONTINUE THE MEDIATION COMPLETION DATE
Case No. C 10-05741 JSW

## STIPULATION

1. The parties stipulate and agree to continue the mediation completion date for thirty (30) days; and

2. The parties stipulate and agree to attend mediation on August 23, 2011.

DATED: July 25, 2011　　　　FEDERAL EXPRESS CORPORATION

By: _____
CRAIG E. LINDBERG
Attorneys for Defendants

DATED: July 25, 2011　　　　LAW OFFICES OF WAUKEEN MCCOY

By: _____
WAUKEEN MCCOY
Attorney for Plaintiff

## ORDER

Good cause appearing therefore, the Court hereby Orders that the mediation completion date is continued to August 29, 2011.

**IT IS SO ORDERED**

DATED: July 26, 2011　　　　_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

FEDERAL EXPRESS CORPORATION
2501 MAIN STREET
SUITE 340
IRVINE, CA 92614

887412 (50-13138)
9
JOINT STIPULATION AND ORDER TO CONTINUE THE MEDIATION COMPLETION DATE
Case No. C 10-05741 JSW