Craig E. Lindberg (Bar No. 150778)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4678
Facsimile: (949) 862-4605
E-mail: craig.lindberg@fedex.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BAKER,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>        Defendant. | Case No. C 10-05741 JSW<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF FOR THE LIMITED PURPOSE OF COMPLETING THE DEPOSITIONS OF PLAINTIFF JACQUELINE BAKER AND JOSEPH MACHADO, AND [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: September 20, 2010<br>Trial Date: March 5, 2012 |

Plaintiff Jacqueline Baker and Defendant Federal Express Corporation submit the following Joint Stipulation to Extend the Discovery Cutoff Date for the Limited Purpose of Completing the Depositions of Plaintiff Jacqueline Baker and Joseph Machado, an employee of Federal Express Corporation. The parties believe good cause exists for the Court to approve the Joint Stipulation.

## FACTS

1. The discovery cut-off in this case is October 3, 2011;

2. The parties agreed Plaintiff would depose Mr. Machado on Tuesday, September 27, 2011.

3. The parties also agreed FedEx would conduct the second day of Plaintiff Baker's deposition on Wednesday, September 28, 2011;

4. Although the parties attempted to schedule the depositions so they would be completed before the discovery cut-off date, counsel for FedEx, Craig E. Lindberg, Esq., has a family emergency that precludes him from attending the depositions on the dates previously scheduled;

5. Specifically, as a result of a family emergency, Mr. Lindberg's wife had to leave the country last Tuesday, and she will not return until late next Tuesday evening, at the earliest. Mr. Lindberg would have gone with her, but he had to stay home to take care of his two children. As a result, he is unable to travel to San Francisco on the dates previously agreed upon;

6. As a result of Mr. Lindberg's family emergency and inability to attend the depositions on the dates previously scheduled, the parties have agreed that Plaintiff Baker will depose Mr. Machado on Wednesday, October 5, 2011;

7. The parties have also agreed that FedEx will depose Ms. Baker on Thursday, October 6, 2011;

8. The two dates are the first dates on which all parties are available;

9. Consequently, the parties jointly request that the discovery cut-off date be extended for the limited purpose of allowing both parties to complete the two depositions set forth above.

## STIPULATION

1. The parties stipulate and agree to extend the discovery cut-off date for the limited purpose of allowing both parties to complete the depositions of Joseph Machado and Plaintiff Jacqueline Baker as set forth above;

2. The parties stipulate and agree that Plaintiff Baker will depose Mr. Machado on Wednesday, October 5, 2011;

3. The parties stipulate and agree that FedEx will depose Ms. Baker on Thursday, October 6, 2011; and

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

897515.01 (60-13138)    2

STIPULATION TO EXTEND DISCOVERY CUTOFF
Case No. C 10-05741 JSW

4. The parties submit that Mr. Lindberg's family emergency constitutes good cause.

DATED: 9/26/2011

Respectfully submitted,

LAW OFFICES OF WAUKEEN Q. MCCOY

By: _____
WAUKEEN Q. MCCOY
Attorneys for Plaintiff
JACQUELINE BAKER

DATED: 9/23/11

FEDERAL EXPRESS CORPORATION

By: _____
CRAIG E. LINDBERG
Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

### ORDER

Good cause appearing therefore, the Court hereby Orders that the discovery cut-off date is extended for the limited purpose of allowing both parties to complete the depositions of Joseph Machado and Plaintiff Jacqueline Baker as set forth above.

**IT IS SO ORDERED**

DATED: September 27, 2011

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE